

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kira Nichols, Appellant

No. 06-25-00005-CV     v.

Lauren Thompson, Appellee

Appeal from the 17th District Court of Tarrant County, Texas (Tr. Ct. No. 017-317293-20). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Kira Nichols, pay all costs incurred by reason of this appeal.

RENDERED JULY 2, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk